# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| CUSTOM MANUFACTURING AND FABRICATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:19-cv-00285 |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the entry of this Order, as evidenced by the signatures of their respective counsel below, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all claims of Plaintiff Custom Manufacturing and Fabrication, LLC against Defendant Nautilus Insurance Company are dismissed with prejudice and without costs.

This is a final order and closes the case.

Dated this 3rd day of March, 2020.

          s/William C. Lee
          Judge William C. Lee
          United States District Court